IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO.: 4:09cv87-SPM/WCS

CYNTHIA G. GRAHAM,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause comes before the Court on the United States of America's Motion to Dismiss (doc. 5).  Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Motion to Dismiss (doc. 5) is granted.

2.    This case is dismissed with prejudice.

DONE AND ORDERED this 14th day of December, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge